January 8, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

RANDI HOUSTON AND CHASITY BLANKS, Appellants

NO. 14-12-01002-CV                              V.

STRUNK BROS. IN ITS PARTNERSHIP, ASSUME OR COMMON NAME,
W.R. STRUNK, HENRY O. STRUNK AND MANUEL RENDON, Appellees

_____

Today the Court heard appellees' motion to dismiss the appeal from the order signed by the court below on September 14, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, Randi Houston and Chasity Blanks, jointly and severally.

We further order this decision certified below for observance.